**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANNA GRISTINA,

                Plaintiff,

-against-                              21 **CIVIL** 8608 (PAC)

## JUDGMENT

NEW YORK STATE JUDGE JUAN MERCHAN,
in an official capacity, and NEW YORK COUNTY
DISTRICT ATTORNEY ALVIN BRAGG, in an
official capacity,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 19, 2022, Gristina may continue her quest to unseal the transcripts in state court, but having chosen that path, she cannot simultaneously do so here in federal court. The Defendants' motions to dismiss are GRANTED and this case is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      May 20, 2022

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                         **BY:**               *K. Mango*

                                                    **Deputy Clerk**